U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 1 0 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC. | * | CIVIL NO. 6:10-0386 |
| VERSUS | * | JUDGE DOHERTY |
| BEAVER CONSTRUCTION, LLC, ET AL. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the sum of $9,147.50 in attorney's fees and $496.08 in expenses be awarded to Wells Fargo Equipment Finance, Inc.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10_ day of _November_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE